UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANI HOURANI,

Petitioner,

Case No. 95-80071

v.  Hon. Bernard A. Friedman

UNITED STATES OF AMERICA,

Respondent.
_____/

Index of Exhibits

| Number: | Description: |
|---|---|
| 1 | Trial Transcript Day 1 |
| 2 | Trial Transcript Day 2 |
| 3 | Trial Transcript Day 3 |
| 4 | Trial Transcript Day 5 |
| 5 | Trial Transcript Day 6 |
| 6 | Trial Transcript Day 10 |