# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

                                                    NO. 95-80071

IBRAHIM HOURANI and DANI HOURANI,

                              Defendant.
_____/

### JURY TRIAL

                PROCEEDINGS had and testimony
taken in the above-entitled matter, before the HONORABLE
BERNARD A. FRIEDMAN, United States District Court Judge
for the Eastern District of Michigan, Southern Division,
at U.S. Courthouse, 231 W. Lafayette, Room 238, Detroit,
Michigan, on Tuesday, August 15, 1995, at approximately
9:00 o'clock a.m.

**APPEARANCES:**

        TERRENCE G. BERG and JONATHAN TUKEL,
        Assistant U.S. Attorney

        Appearing for the government.

        ROBERT MORGAN, ESQ.,

        Appearing for the defendant I. Hourani.

        STEVEN FISHMAN, ESQ.,

        Appearing for the defendant D. Hourani.

    FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

GOVERNMENT
EXHIBIT
6

Exhibit 6 (Tr. Transcript Day 10)

```
 1        A     Yeah.

 2        Q     What type of information did he give you?

 3        A     He just told me that the person was tellin'

 4   was -- lived in Dearborn and was testifying -- I

 5   guess he was sayin' -- tellin' on --

 6              MR. FISHMAN:  My objection is we don't

 7        want the interpretation.  If he knows the

 8        words, great.

 9              THE WITNESS:  Huh?

10              THE COURT:  Okay.

11   BY MR. BERG:

12        Q     What exactly did Harry tell you about the

13   person who was the rat?

14        A     There was a informant on his connection.

15        Q     On his connection?

16        A     Right.

17        Q     And what do you mean by the word

18   "connection"?

19        A     I guess where he get his heroin from.

20        Q     Is that how you normally use that word,

21   connection?

22        A     Yeah, connect.

23        Q     Did he give you a description of the type

24   of vehicle that this person drove?

25        A     Yes, he did.
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

```
 1      Q    What did he tell you?

 2      A    A Honda Prelude with tinted windows.

 3      Q    Do you recall the color?

 4      A    It was black.

 5      Q    Did he also give you a physical description

 6  of any kind?

 7      A    No.

 8      Q    Did -- at any point he give you the address

 9  of where this person lived?

10      A    He took me by there.

11      Q    He took you by the house where this person

12  lived?

13      A    Right.

14      Q    Showed you where it was?

15      A    Yes.

16      Q    Do you remember where it was?

17      A    It was off of Warren.

18      Q    In what city?

19      A    It was in Dearborn.

20      Q    Do you remember the name of the street?

21      A    No.

22      Q    You mentioned something about a pager.

23           Did Harry, at any point, complain to

24  you about how to get ahold of Junior?

25      A    Yeah.
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1    Q    What did Harry say?

2    A    That he'd keep pagin' Junior, and Junior

3  don't call him back, and Junior's not going to work.

4    Q    If you could go back a little bit and let

5  me ask you, how did it come about that you went to

6  get this pager?  Would you describe that?

7    A    Well, Junior wasn't goin' to work out

8  because he wasn't meant to work out.  He wasn't going

9  to work out anyway.  He probably would call him back,

10  but he didn't.  He didn't call him back.  So I went

11  and got the pager back from Junior.

12    Q    But before that Junior had gone to get the

13  pager?

14    A    He had been -- got the pager when he first

15  got the money.

16    Q    From?

17    A    From Harry.

18    Q    Did you go with Junior when he went to get

19  the pager?

20    A    Yeah.

21    Q    What was the purpose of having a pager?

22    A    So he can have constant contact with him.

23    Q    But you indicated that Junior wouldn't call

24  him back?

25    A    No.

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

```
 1      Q    And, did Harry complain to you about that?

 2      A    Yeah.

 3      Q    What did you do after Harry complained

 4   about that?

 5      A    Went and got the pager back from Junior.

 6      Q    After you got the pager back from Junior,

 7   what did you do with it?

 8      A    Gave it to Tony Mobean.

 9      Q    This person Tony Mobean, is that his true

10   name?

11      A    No, it's Tony Owens.

12      Q    Did you know him by the nickname of Tony

13   Mobean?

14      A    Yes, I did.

15      Q    How did you know this person Tony Mobean

16   Owens?

17      A    From the neighborhood.

18      Q    Where you live?

19      A    Right.

20      Q    Where is that located?

21      A    Wyoming, Chicago, Schaefer, that whole

22   square like that.

23      Q    And is that the same place where Tony

24   Mobean Owens was living?

25      A    Right.
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1      Q      That the west side of Detroit?

2      A      Yes.

3      Q      Is that the same neighborhood you were

4    living in at that time in summer and fall of 1992?

5      A      No.

6      Q      You were no longer living in that

7    neighborhood?

8      A      No.

9      Q      That was the neighborhood you grew up in

10    though?

11      A      Yes.

12      Q      How far is that neighborhood from Dearborn?

13      A      About a mile.

14      Q      Did you know --

15      A      Might be two miles.

16      Q      A mile or two?

17      A      Yes.

18      Q      Do you recall some of the cross streets you

19    have to go down?

20      A      Yes.  Like if you go down Wyoming you hit

21    Joy Road and then -- it's like across the street.

22      Q      Would it be Plymouth, then Joy Road, then

23    Tireman?

24      A      No, Plymouth, Chicago, Joy Road and

25    Tireman.

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1     Q    You're talking about going from Plymouth to

2  Chicago?

3     A    Yeah.

4     Q    In between there?

5     A    Yeah.

6     Q    That's the neighborhood you're talking

7  about where Tony Mobean lived?

8     A    Right.

9     Q    So you'd have Chicago and Joy Road, and

10  Tireman is Dearborn?

11     A    Yeah.

12     Q    And these are the big streets, busy

13  streets?

14     A    Yeah.

15     Q    There's lots of other blocks in between?

16     A    Yeah, in between there, there is.

17     Q    Did you know Tony Mobean Owens' reputation

18  in that community?

19     A    Yeah.

20     Q    What type of reputation did he have?

21     A    He's a killer.

22     Q    How did you know Tony Mobean Owens?  What

23  was your relationship?

24     A    Just knew him.  Grew up in the same

25  neighborhood.

       FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

```
 1        Q    Did you have any type of drug relationship
 2   with him?
 3        A    Yeah.
 4        Q    What was that?
 5        A    Heroin.
 6        Q    You were selling him heroin at the time?
 7        A    Yeah.
 8        Q    The heroin that you sold to Tony Mobean
 9   Owens, where did that come from?
10        A    I got it from Harry Rahal.
11        Q    When you would make deliveries to this
12   person Tony Owens, how would they go down; the same
13   way you already described?
14        A    Yeah, the same way.
15        Q    You said that sometimes these deliveries
16   would take place at the location where the person
17   lived?
18        A    Yes, it would.
19        Q    Was this the case also with Tony Mobean
20   Owens?
21        A    Yeah.
22        Q    Did he live in one place?
23        A    No, he lived about three or four different
24   houses.
25        Q    Did you make deliveries to him at these
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1     various locations then?

2          A     Yeah.

3          Q     During the time that you would be making

4     these deliveries to Tony Mobean Owens, was this the

5     same time Harry Rahal was asking you whether or not

6     you could find someone who could do a shooting like

7     this?

8          A     Yes.

9          Q     And, did Harry Rahal routinely ask you

10    whether or not any of your customers could do this or

11    could be the type of person to do this?

12         A     Anybody we had a deal with, you know, he

13    just kept askin', askin', can you get somebody?  Can

14    you get somebody?

15         Q     So eventually you gave this pager to Tony

16    Owens?

17         A     Right.

18         Q     Do you remember approximately when that

19    was, when you gave him the pager, as far as talking

20    somewhere in the -- after the time that Harry had

21    asked you whether or not you could do this, how many

22    months or weeks do you think it was before you

23    finally ended up giving the pager to Tony Mobean

24    Owens?

25         A     Well, Junior had it for at least three

             FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1    weeks.  So after that -- it might've been two and

2    half, three weeks after Junior.  I'd say about --

3    altogether combined, probably two months.

4         Q    Did you give the information to Tony Mobean

5    Owens as to where this person who was identified as

6    the rat lived?

7         A    Yeah.

8         Q    Did you also give him the information about

9    the type of vehicle that he had?

10        A    Yeah.

11        Q    At some point did you think that Harry

12   Rahal had actually met this person Tony Owens?

13        A    Yeah, I thought they did, but I never seen

14   'em like exactly together.  So, you know, I didn't

15   see 'em exactly together.

16        Q    When you made the deliveries to Tony Owens,

17   was Mr. Rahal and Mr. Owens actually physically there

18   at the same time with each other in one spot?

19        A    Like, you sayin' like altogether?

20        Q    Right.

21        A    No.

22        Q    Okay.  As far as you know, did you ever see

23   Harry Rahal and Tony Owens physically together?

24        A    No.

25        Q    What led you to believe that Harry may have

        FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

```
 1        Q     What was the other type of car you had?

 2        A     Honda Accord, '87 Accord.

 3        Q     What color was that?

 4        A     Blue.

 5        Q     When you came back to Dearborn during this

 6   time period, did you change your driving habits?

 7        A     Yes, sir.

 8        Q     What did you do?

 9        A     I start drive the Honda, the blue one

10   and --

11        Q     And what was your reason for doing that?

12        A     Because lots of people knows the other car,

13   so that shows a lot.  They know my car.  So I start

14   drive the other one, not people not know it.  And

15   just because I was, you know, afraid.

16        Q     And let me direct your attention, if I

17   could, to December 2nd of 1992.  Do you remember that

18   day?

19        A     I do.

20        Q     Let me just ask you at the beginning of

21   that day, in the morning, do you remember what you

22   were doing?

23        A     Yeah.  I was for my house 77010 Bigham, I

24   left.  Went over where Booty stayin'.  I picked him

25   up from his friend's house.  I took him down to
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1    Juliano's Hair salon and dropped him off there.  I

2    left for like ten minutes.  I came back.  I went

3    inside Juliano and Booty had told me, give me -- can

4    I have your car keys.  I said okay.  I gave him the

5    car keys.  He went and picked up the wife of friend.

6         Q    Was that Mr. Hassan?

7         A    Yes, picked up his wife and brought her to

8    the salon.  And I left me and Booty over to my house.

9         Q    Had Mr. Biri that day gone to get his hair

10   cut; is that why he was there?

11        A    Yes, sir, he was getting shaving and hair

12   cut.

13        Q    And then what happened when you went back

14   to your house?

15        A    We -- we went down to the basement, and he

16   goes, well, I'm hungry.  I want something to eat.

17   And I called my wife.  I told her, uhmm, get him

18   somethin' ready.  So he start eating, and around

19   quarter to 2:00, we leavin' the house and he was

20   ahead of me.  He went to the passenger side --

21        Q    How had you parked the car that day?

22        A    It was parked in the wrong direction.  So

23   Booty went to passenger side, I went to the driver's

24   side, and out of no where, a car pulled next to

25   Booty's side and all I heard -- shooting, three

        FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

```
 1    times.
 2         Q    And did you actually see the gun pointing
 3    out of the car at some point?
 4         A    I didn't see the gun til, like, I went -- I
 5    went down behind my car and I -- all I heard Booty
 6    hit, goin' down, hit my car and the other car, and I
 7    heard somethin' boom on the floor.
 8         Q    And you say you ducked when you heard the
 9    gunfire?
10         A    Yeah.
11         Q    Where were you ducking?
12         A    Behind driver door.
13         Q    And then what happened after that?
14         A    Then when I heard like Booty like hit --
15    went down, I heard the door open, so I just lifted my
16    head little bit to see what's goin' on, what really
17    goin' on, saw a guy opening the door with a gun in
18    his hand steppin' out, and he just went like this --
19    I was on the other side through the -- my car and
20    shot at me once.  So I kept down, walk -- went back
21    to the rear of the car, to the back of the car, and
22    he kept comin' this way and he shot at me again while
23    I'm behind the car, here the window and everything
24    crack.
25         Q    Back window?

           FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT
```

Exhibit 6 (Tr. Transcript Day 10)

1    A    Yes.

2    Q    And then what did you do?

3    A    Uhmm, I just went when he came to the front

4    of the car, I didn't run back to my house.  I ran to

5    the sidewalk while I'm just lookin' at him, like, to

6    get in shots at me and I kept running.

7    Q    Were you able to see approximately how

8    close the vehicle of the person who was shooting was

9    to where Mr. Booty Biri was standing?

10   A    It was too close, which is, I think Booty

11   wouldn't even be able to open the door all the way,

12   his door.

13   Q    So if I'm in the position of Mr. Biri and

14   you're the person with the gun, about how close was

15   the person when -- that you started to hear the

16   gunfire?  Was he as close as you and I are now?

17   More?

18   A    More.

19   Q    This close?

20   A    Yes, (indicating).

21   Q    You indicated you ran down the sidewalk.

22   There was an exhibit that was previously admitted

23   into evidence as Government Exhibit 23A.  Could you

24   take a look at that?

25   A    Yes.

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

Case 2:05-cr-80074-BAF ECF No. 210-7, PageID.5822 Filed 07/27/20 Page 15 of 18

```
1        Q    What I would like to do, if I can hold this
2   over here, have you take a look at it.  Is this the
3   approximate location of your house you were living at
4   that time?
5        A    This is my house.
6        Q    Okay.  And when you say that you ran away
7   on the sidewalk, which way did you go?
8        A    This is my car and the guy stepped out.  He
9   went this way on the sidewalk.  That's the sidewalk.
10       Q    So you were running along this way in that
11  direction?
12       A    And then the guy was up, really up here.
13       Q    And what was happening as you were running
14  away?
15       A    I was -- I was shaking.  I was afraid.  I
16  was thinking, am I going to die?  Am I going to get
17  bullet any second?  Am I gonna be in wheelchair for
18  rest of my life?  It's think -- it -- three seconds
19  come here unbelievable.
20       Q    Was he shooting at you?
21       A    Yes.
22       Q    And then what happened?
23       A    I just kept running and looking and seeing
24  if he kept shooting at me, and then he just stopped
25  and went to his car.
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1    Q    And did you see the car drive away?

2    A    Yes.

3    Q    And what did you do right after that?

4    A    I ran just -- look to Booty.  Which Booty

5    was on the floor with all blood, and he was gone.  I

6    ran inside the house and dialed 911.

7    Q    And did -- how long did it take before any

8    type of a police arrived?

9    A    Just a couple minutes, three, four minutes.

10   Q    And did you give the police information

11   about what you'd just seen and --

12   A    Yes, I did.

13   Q    What I'd like to do is to show you some

14   photographs that have been admitted into evidence as

15   Government Exhibit 26.  Let me show you the

16   enlargements.

17          Do you recognize what's pictured in

18   this photograph?  This is -- I'm referring to

19   Government Exhibit 26K at this time.

20   A    That's my house.  That's my car.  That's

21   Booty.

22   Q    And is this the hole in the windshield you

23   described as they were shooting at you as you were

24   ducking down here?

25   A    Yes.

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

1     Q    Just so it's clear, where were you when the

2  gunman was here?

3     A    I was this side, driver's side, and he shot

4  here at this side.

5     Q    And then had you moved over to here --

6     A    Because he stepped out, he came this side,

7  so I went this side, and he shot at me again.

8     Q    Okay.  And this photograph is Government's

9  Exhibit 26K.  Is that a photo of the person you knew

10  as Booty Biri?

11     A    Yes.

12     Q    The officers also took photographs of other

13  things they found on the sidewalk toward the

14  direction you were running.  I'm going to show you an

15  exhibit that's been marked as 26I.  What is 26I a

16  picture of?

17     A    A knife.

18     Q    Do you recognize that?

19     A    Yes.

20     Q    How do you recognize it?

21     A    I had it in my pocket.

22     Q    Did you drop it that day?

23     A    Yes.

24     Q    Did you get a very good look at the UG

25  KHRUR who was doing the shooting that day?

       FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)

```
 1       A    Well, just a look.  But I'm lookin' and
 2   thinkin' like, no, like --
 3       Q    How long do you think you saw his face?
 4       A    Three seconds.
 5       Q    Were you mainly focussing on his face or
 6   anything else?
 7       A    I was focussing just to live.
 8       Q    And did you do your best to give a
 9   description to the Dearborn police of what this
10   person looked like?
11       A    Yes, I did.
12       Q    Do you remember approximately two years
13   later when you were sent a photo spread of possible
14   suspects in connection with this?
15       A    Yes.
16       Q    And you made -- you circled one of those?
17       A    Yes, I did.
18       Q    When you did that, how certain did you feel
19   about that identification?
20       A    I felt like start lookin' and see I
21   remember what happen and feel what come from inside
22   me and look at the picture.
23       Q    You did the best you could?
24       A    Yes.
25       Q    And during the time that you were working
```

FRED C. PRATT, CSR - UNITED STATES DISTRICT COURT

Exhibit 6 (Tr. Transcript Day 10)