Case 2:95-cr-80071-BAF   ECF No. 214, PageID.608   Filed 09/18/20   Page 1 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

1

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MICHIGAN
2                SOUTHERN DIVISION

3
    DANI HOURANI,
4
                    Petitioner,
5   vs.                          Case No. 95-80071
                                 Hon. Bernard A. Friedman
6   UNITED STATES OF AMERICA,

7                   Respondent.
    _____/
8
          **PETITION FOR RELIEF UNDER THE FIRST STEP ACT OF 2018**
9              **CONDUCTED VIA ZOOM VIDEOCONFERENCE**

10         BEFORE THE HONORABLE BERNARD A. FRIEDMAN
                 United States District Judge
11        Theodore Levin United States Courthouse
                231 West Lafayette Boulevard
12              Detroit, Michigan  48226
               Thursday, September 17, 2020
13
    APPEARANCES:
14
    For the Petitioner          STEVEN F. FISHMAN
15  Dani Hourani:               615 Griswold
                                Suite 1125
16                              Detroit, Michigan  48226
                                313-962-4090
17
    For the Respondent          JESSICA VARTANIAN CURRIE
18  United States of America:   U.S. Attorney's Office
                                211 W. Fort Street
19                              Suite 2001
                                Detroit, Michigan  48226
20                              313-226-9531

21

22

23
          To obtain a certified copy of this transcript, contact:
24       Linda M. Cavanagh, CSR-0131, RDR, RMR, CRR, CRC
                   Official Court Reporter
25          (313) 234-2616 • www.transcriptorders.com

TABLE OF CONTENTS

Page

PETITION FOR RELIEF UNDER
FIRST STEP ACT OF 2018:

Motion by Mr. Fishman................................8
Response by Ms. Currie.............................17
Reply by Mr. Fishman...............................32
Comments/Ruling by the Court.......................35

EXHIBITS

| Identification | Offered | Received |
|---|---|---|
| NONE | | |

3

```
 1              Detroit, Michigan
 2              Thursday, September 17, 2020
 3                      —  —  —
 4              (Proceedings commenced at 2:28 p.m., all parties
 5              present via Zoom videoconference)
 6              THE CLERK:  Okay, Judge.  It looks as though everyone
 7      is present.  Are we missing anyone as far as you know, Mr.
 8      Fishman or Ms. Currie?
 9              MR. FISHMAN:  No.
10              MS. CURRIE:  Nope.
11              THE CLERK:  Okay.  All right, Judge.
12              THE COURT:  Okay.  I'm on my new computer.
13              THE CLERK:  Oh.
14              THE COURT:  Going to be a little bit -- we've got to
15      practice a little bit here so -- 'cuz it's a bit different.  I
16      don't have a picture yet.
17              THE CLERK:  I see you.
18              THE COURT:  I see you but I -- it's just little teeny
19      ones in the corner.
20              THE CLERK:  You may have to open up the -- the
21      window.
22              THE COURT:  Okay.  I see.
23              THE CLERK:  You'll see the full screen.  In the upper
24      right corner there's a little box.
25              THE COURT:  Yes, I see it.
```

4

| | |
|---|---|
| 1 | THE CLERK:  Click that and see if that'll give you a |
| 2 | full screen. |
| 3 | THE COURT:  Okay.  I got you full.  So let me see |
| 4 | here.  I see you full.  Let me go back to the view.  Speaker -- |
| 5 | oh, speaker/gallery view.  Okay. |
| 6 | THE CLERK:  Yeah, mm-hmm. |
| 7 | THE COURT:  There we go.  Okay.  That's cool. |
| 8 | Hopefully it won't -- hopefully it won't go off like it did |
| 9 | last time.  And so this now is on the -- on the bottom instead |
| 10 | of on the top.  I see.  Okay.  That's -- that's good.  Okay. |
| 11 | Mute.  Okay.  Anything else I should have on the bottom there? |
| 12 | THE CLERK:  No.  Do you see all of us, Judge, or no? |
| 13 | THE COURT:  I see everybody, even Mr. Fishman. |
| 14 | THE CLERK:  Okay. |
| 15 | MR. FISHMAN:  I can't see anyone all of a sudden. |
| 16 | Judge, I hope you know this is the first time I've had a suit |
| 17 | on in six months, only for you. |
| 18 | THE COURT:  It's the first time I've had a shirt on |
| 19 | in six months. |
| 20 | MR. FISHMAN:  That was -- I think I'd only been in |
| 21 | golf shirts and all of a sudden I said to my wife, you know, I |
| 22 | think I'll put a suit and tie on. |
| 23 | THE COURT:  It's nice.  It's good to see you in a |
| 24 | suit and tie. |
| 25 | MR. FISHMAN:  I can't see you guys, by the way.  I |

1    don't know what happened.  I lost everyone.

2              THE CLERK:  You may -- look at -- do you have that

3    little square in the upper right corner?  You can switch

4    between the two, gallery view and then a full view.

5              MR. FISHMAN:  It should but all I show is Zoom.  It

6    just says Zoom.  It doesn't say anything more than that.

7              THE CLERK:  You must be -- you may need to minimize

8    that.

9              MR. FISHMAN:  Minimize that.  Aha!  Genius.

10             THE COURT:  There you go.  This is so much nicer, so

11   much bigger and everything than my iPad.

12             MR. FISHMAN:  Yeah, no, this is good.

13             THE CLERK:  Okay.  All right, Judge, you can call the

14   case.

15             THE COURT:  We're waiting for the U.S. Attorney.

16             MR. FISHMAN:  She's there.

17             THE CLERK:  The U.S. Attorney is here.

18             THE COURT:  Oh, here -- there she is.  I'm sorry,

19   Jessica.

20             MS. CURRIE:  Okay.

21             THE CLERK:  And Mr. Hourani is on the phone as well,

22   Judge.

23             THE COURT:  Is he not -- he's only on the phone --

24   Mr. --

25             THE CLERK:  Right.  They don't have a -- they don't

1    have video.

2              THE COURT:  Okay.  Is he on there?

3              MR. FISHMAN:  Can you hear us?

4              MR. HOURANI:  Yeah, I'm here.

5              THE COURT:  Okay.  Good.  You can hear us.

6              MR. HOURANI:  Yes, sir.

7              THE COURT:  So are we all set?

8              MR. FISHMAN:  Yes.

9              THE CLERK:  Yes.

10             THE COURT:  Let me call the case.  This is Case No.

11   95-80071, Dani Hourani versus the United States.

12             Today's the date and time scheduled for a hearing on

13   a petition for relief pursuant to certain statutory sections,

14   commonly known as the First Step Act and so forth.

15             May we have appearances, starting with the government

16   please.

17             MS. CURRIE:  Good afternoon, Your Honor.  Jessica

18   Currie on behalf of the United States.

19             THE COURT:  Okay.  And on behalf of the defendant

20   please.

21             MR. FISHMAN:  Good afternoon, Judge.  Steve Fishman

22   on behalf of Mr. Hourani who's also present by phone.

23             THE COURT:  Okay.  And Mr. Hourani, you can hear us

24   and --

25             MR. HOURANI:  Yes.

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.614   Filed 09/18/20   Page 7 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

7

1          THE COURT:  -- well?

2          MR. HOURANI:  Yes.

3          THE COURT:  You're able to hear, is that right?

4          MR. HOURANI:  Yes, sir.

5          THE COURT:  Okay.  Let the record reflect before I

6    start that I wish to make sure that everybody is aware that

7    there came a time, I'm not sure when 'cuz I'm not in my office,

8    that I wrote a letter on behalf of Mr. Hourani to the Pardon

9    Board -- my understanding is the government at that time

10   received a copy of it -- supporting a pardon in this matter.

11         And the record should also reflect that there came a

12   time, at least two times, where I spoke to various, I think

13   two, different prisons or maybe the same on a class that Mr.

14   Hourani, I think he organized it, and through the Bureau of

15   Prisons we were able to connect and I essentially just talked

16   about the job of a judge in sentencing and also answered

17   questions.

18         So wanted to just disclose those two things.  I think

19   everybody knew about them but just to make sure that you have

20   them.

21         Also the record should reflect that I have had an

22   opportunity to go over this file and read it very, very

23   closely, I'll tell you right now.  I -- I think I read

24   everything in this file, which is not a usual; I usually read,

25   you know, most of it.  I have the original petition.  I have

Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

1   and have read the United States' response.  I have the reply of

2   the petitioner.

3            I then have also received and wanted to reread the

4   Pre-Sentence Report in this matter and I have read that, the

5   original Pre-Sentence Report.

6            I also have letters on behalf of Mr. Hourani, all of

7   which I have read, and without going all over all of them, I

8   read from his sister, his brother, other members of the

9   community and so forth, and it's my understanding that

10  everybody has a copy of those also.

11           So I had a chance to -- to really go over this

12  matter, so to speak, and read just about everything that I have

13  received.

14           So with that said, we'll start with the petitioner

15  and perhaps you'd like to highlight some things.  I'm not sure

16  you have to go over all of the -- the things that you have

17  briefed.  The government has responded to each of the matters

18  that have been briefed by petitioner, each of the theories of

19  petitioner in this matter.  So, Mr. Fishman, you may go first.

20           MR. FISHMAN:  And -- and as the Court knows, I'm not

21  one that's going to try to take forever since I know what you

22  just said.  I expected that already.  I know you've read

23  everything.  I just want to highlight a few things and then I'd

24  like to be able to respond to the government after they make

25  their argument.

1          The Court already knows obviously it's a First Step

2   Act case, it's a compassionate release case, and I just want to

3   remind the Court of some of the cases that I cited to you: the

4   *Torres* case from New York, the *Rodriguez* case in California,

5   and more importantly, *United States vs. Sapp*, a case from this

6   district where Judge Leitman used the terminology that a court

7   may, quote, "independently evaluate whether the defendant has

8   extraordinary and compelling reasons."  There's not any doubt

9   in my mind from knowing the case from the beginning and knowing

10  all the things that Mr. Hourani has done, and a couple of the

11  things I'll summarize for you, that those reasons exist.

12          I do want to comment real quickly, I did it in my --

13  in my reply brief, but the *Robinson* case that the government

14  cited where the Court denied relief for Mr. Robinson is

15  completely inapposite to this case.  It had nothing to do with

16  the First Step Act.  Robinson was more than once, I think twice

17  he was complaining about his stacked 924(c) convictions.  The

18  Court correctly cited the Supreme Court case saying that, look,

19  you can't do anything about it and it was denied, but that had

20  nothing to do with what we're talking about here.

21          I want to emphasize again, which I obviously did in

22  my brief, the fact that there have been so many district courts

23  all across the country that have found extraordinary and

24  compelling reasons and have granted the compassionate release

25  sought in this petition as far away as Utah and Texas and

Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

1   Maryland, California, a guy serving a life sentence in

2   Pennsylvania, a guy serving a life sentence in Florida. I'm

3   not going through the case names on those because the Court has

4   them all, but I think it's a significant thing.

5        And I think more than one district court, and the

6   Court's certainly had a chance to see the opinions, more than

7   one district court has indicated in its opinion granting

8   compassionate release that the trend is now in favor of a

9   majority of the courts that are considering it that are now

10   granting compassionate release.

11        I want to comment on two cases in specific or

12   specifically that are in my brief, and the first one is *Millan*,

13   M-i-l-l-a-n for Linda, that Southern District of New York case

14   where the defendant was serving a life sentence, he'd been

15   there more than 28 years, he'd been the leader of a heroin

16   group. And it was interesting when the judge granted it, the

17   judge pointed to two things. He pointed to the rehabilitation

18   that Mr. Millan has undergone, but he made a point that

19   applies, and this Court knows it very, very well in this case,

20   that when he began rehabilitating himself, and he hadn't done

21   one-third of what Mr. Hourani's done, there was no benefit to

22   him in those days because none of us thought there would ever

23   be a time where a person serving a life sentence would have the

24   opportunity to go back in front of the district judge that

25   sentenced him and perhaps get a resentencing. So I thought

1   that was significant in *Millan*.

2          The other case was the *Marks* case from the Western

3   District of New York where the government made pretty strong

4   statements about Mr. Marks' personal statements, and the Court

5   nonetheless also found the same thing: that his rehabilitation

6   had been extraordinary and that he had started rehabilitating

7   himself before he knew he could get out.

8          Now, another point that's made in all those cases,

9   and, Judge, it really applies here, it applies when we start

10  talking about the amount of time that the petitioners have been

11  locked up.  In almost all of the cases, and you've seen them,

12  and I point specifically to a couple of them, the *McGraw* case

13  in the Southern District of Indiana and the *Johns* case in the

14  District of Arizona, almost everybody has done more than 27,

15  28, 30 years in -- in prison when these cases have been -- when

16  these petitions have been granted.

17         And the Court knows, 'cuz I put it in the -- in -- in

18  the brief, Mr. Hourani is going on 28 years, and I -- I

19  translated that for the Court 'cuz we all know about good time

20  and halfway house and things of that nature.  Right now, if you

21  released him tomorrow, he would have served the equivalent of

22  384-month sentence, 32-plus years.

23         The rehabilitation part, Judge, I don't think I need

24  to say a whole heck of a lot.  I think you know all about it

25  and you certainly had enough in our original petition.

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.619   Filed 09/18/20   Page 12 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

12

1          I do cite the case of *United States vs. Martin &*

2   *Mangual*, and Linda, that's M-a-n-g-u-a-l, a Fourth Circuit

3   remand case, that's where the Court of Appeals remanded it.

4   Defendant was doing life and the Fourth Circuit noted that he

5   had absolutely overwhelming evidence of rehabilitation.

6          I don't think there's a human being in any of the

7   cases that I've seen that has come close to having the

8   rehabilitation that Mr. Hourani has had.  The man has had no

9   tickets, Judge.  It's almost impossible to believe.  Not even

10  being out of place once in 27-plus years.

11         And I wanted to cite for you -- the rehabilitation,

12  as I say, I don't think I need to talk more about it.  But I

13  think that what's important with respect to rehabilitation is a

14  couple of the letters that you received or that were exhibits.

15  One of them was from Kent Dunnington, and Linda, that's

16  D-u-n-n-i-n-g-t-o-n.  He's a Ph.D. professor of philosophy.  He

17  taught classes at Greenville, the institution where Mr. Hourani

18  has been.  And I thought his letter was -- was really

19  fascinating for two reasons.  Number one, he gave you a real

20  good overview of all the things that Mr. Hourani has done.  You

21  received a lot of that from other people in the institutions.

22         But Mr. or Professor Dunningham [sic] or Dunnington

23  really laid it out for you and he used a phrase that I think

24  really applies in this case.  He said that he believes that,

25  for the reasons that he cited to you, that Dani Hourani, quote,

1    "has developed a virtuous character and is someone who is fit

2    for a productive life as a citizen outside of the prison

3    setting."  The -- the interesting thing about it is that all of

4    the things we've provided you, everybody has said the same

5    thing, everyone has said the same thing.

6           And Professor Dunnington went a little bit further

7    and he obviously said nobody knows anything for sure, but he

8    said from everything he's witnessed, quote, "I would trust Dani

9    as a neighbor or an employee should I ever encounter him on the

10   outside.  I hope one day he'll be given chance to contribute to

11   society on the outside."  That's pretty strong testimony, not

12   sworn testimony, pretty strong statements from a guy who's done

13   a lot of work in prisons and is probably pretty good at

14   distinguishing.  It was on page 26, by the way, Judge, of my

15   original brief.

16          If that weren't enough, I think you have to take a

17   look at the words of Judge Terrence Berg because as you know,

18   there's only three of us, four of us counting Mr. Hourani, that

19   were there way back then and are still here today: Mr. Hourani,

20   me, you and Judge Berg, then Assistant U.S. Attorney Berg.  And

21   for a federal judge to sit down and write a letter of the type

22   that he did and to indicate why he believed that Mr. Hourani

23   was a person who should qualify for release, to me that's a

24   big, big deal.  Of all the cases that Mr. Hourani and I looked

25   at, I can't remember which case, but there was one other case I

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.621   Filed 09/18/20   Page 14 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

14

1    recall where the prosecutor on the case, and I don't remember

2    if he or she had become a judge, but the prosecutor on the case

3    wrote a letter, and of course the district court judge that

4    granted the motion cited that as big -- you know, as -- as a

5    big contributor.

6            And what did Judge Berg say at the end?  And I'm not

7    going to read all of his stuff, but what did he say at the end?

8    He said that Mr. Hourani he believed would be a productive and

9    law-abiding member of society if he were released.  And, of

10   course, you know that Judge Berg was presented with all the

11   same things before he was a judge when I was years ago trying

12   to obtain Mr. Hourani's release before the First Step Act, so

13   he's seen everything that you've seen.

14           And one other thing that I want to talk about before

15   I listen to the government, I want to talk about this notion

16   that the only thing we're relying on is rehabilitation.  And

17   while it is absolutely true that Mr. Hourani's rehabilitation

18   has been extraordinary, and while I believe, I agree with Judge

19   Leitman and some of the other judges, that you probably can do

20   it even though the statute says something different, that's not

21   what we're saying here, that's not all we're saying here.

22           Number one, other factor, the age at the time of the

23   offense.  The Court has all that stuff that we sent you in a

24   second part of our argument about the effect of the youth of

25   the offender.

1    The influence of his father.  The Court certainly

2    remembers that because his father was on trial with him, which

3    influenced him, there's no doubt in my mind, to turn down the

4    guilty plea that was offered.  And I should point out, 'cuz I

5    think the government might have the wrong impression of this,

6    that guilty plea that was offered had nothing to do with

7    cooperation.  It was between -- I don't remember off the top of

8    my head, but it was offered as a plea that Mr. Berg then and

9    Mr. Tukel, also now a judge, they knew that Dani Hourani,

10   they're not going to ask him to testify against his own father.

11   That plea was a guilty plea offer, and the reason he didn't

12   take it, and I can tell you as his judge, is because his father

13   pressured him.

14        The next thing that makes this a different kind of

15   case is his role in the offense.  The Court remembers the

16   testimony and you said you've reviewed everything.  He's three

17   steps removed from the homicide.  Doesn't make him not guilty

18   obviously 'cuz he's been in for almost 28 years, but it's a lot

19   different than if he were standing here in front of you as the

20   person that pulled the trigger, okay?

21        The fourth thing that has nothing to do with

22   rehabilitation and is cited in other cases as well and it's

23   cited in Judge Berg's letter to the Court, well, the letter to

24   the Pardon Board I think it was originally, is that the amount

25   of time that he has served now exceeds the total sentence for

Case 2:95-cr-80071-BAF ECF No. 214, PageID.623 Filed 09/18/20 Page 16 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

16

1   all of the other cooperators -- I'm sorry, other co-defendants,

2   all of whom were closer to the actual killing, all of them

3   closer, and he's now served more time than all of them added

4   together.  Most of those guys, the Rahal brothers, they've been

5   home for 15 years, 20 years already.

6           And then finally, of course, I already said this to

7   you, what's different is this prosecutor believes he should be

8   released.

9           So we're not just saying to the Court that this is

10  the -- only because of his sensational rehabilitation.  It's

11  because of all of these other factors that also contribute.

12          I want to say a couple other things just so the Court

13  knows.  There was a reference in the government's response,

14  something about the deceased and his family and what -- the

15  impact.  The Court recalls I'm sure nobody from the Berri

16  family attended the trial, nobody from the Berri family talked

17  with Probation, nobody from the Berri family sent anything to

18  the Court, and nobody from the Berri family appeared at

19  sentencing.

20          And I can tell you, I can tell you as sure as I'm

21  sitting here, it -- this case in the Dearborn community is a

22  big, big deal.  Everybody knows what's going on.  Everybody

23  knows this motion is pending.  The families are all sitting on

24  tenterhooks waiting to see what the Court does.  If there was

25  something, if there was a -- someone from his family, I

1    guarantee you he'd be here or she'd be here or she'd be -- make

2    it known to the prosecution or something. So I want you to

3    know that as well.

4          And the last thing I wanted to say before I listen to

5    the government, there -- there's a quotation from one of the

6    zillion cases that I cited for you, and just in case you wanted

7    to look at it, I think I'm going to read the quotation

8    accurately. It was *United States vs. Brown*; the citation was

9    05-00227. It came from, of all places, the Southern District

10   of Iowa. And in that case where the judge had turned Mr. Brown

11   down one time, after Mr. Brown petitioned pursuant to the First

12   Step Act, the district court said as follows: "Congress passed

13   the First Step Act as a down-payment in unwinding decades of

14   mass incarceration. The law's text was explicit that it sought

15   to increase the use of compassionate release. The Court

16   intends to follow that directive." End quote. That's

17   precisely -- I couldn't say it better than the district court

18   said it in Iowa.

19         I thank you. If you have any questions of me,

20   obviously I'm here. Otherwise, I'd just like to be able to

21   respond to what Ms. Currie has to say.

22         THE COURT: I have no questions and I'd like to hear

23   from the government.

24         MS. CURRIE: Thank you, Your Honor.

25         There are -- and I am going to focus on the

1    compassionate release issue.  As the Court is aware, there's an

2    Eighth Amendment issue raised as well.  I'd like to rely on my

3    briefs for that argument, but to the extent there's any

4    questions, of course I'm happy to answer them.

5            As for compassionate release, there are three hurdles

6    that Mr. Hourani needs to overcome here.  First, he has to

7    convince the Court that it has judicial authority to determine

8    other reasons for compassionate release.

9            Second, he has to show that his circumstances are

10   extraordinary and compelling.

11           And finally, the Court would need to analyze the 3553

12   factors and conclude that those supported release as well.

13           He hasn't overcome any of these hurdles, and the

14   failure on any one of them is fatal to the petition.

15           So beginning with judicial authority, this issue

16   centers on a policy statement.  Under the statute,

17   compassionate release is only allowed if it is consistent with

18   applicable policy statements.  The parties don't dispute that,

19   and they also don't dispute that the applicable policy

20   statement is Section 1B1.13.

21           Under the policy statement, compassionate release

22   must be based on one of four categories.  Mr. Hourani is

23   relying on the last category, and that is other reasons as

24   determined by the Bureau of Prisons.  The dispute here is over

25   the continued involvement of the Bureau of Prisons.

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.626   Filed 09/18/20   Page 19 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

19

1           So the theory here advanced by Mr. Hourani is that
2   the First Step Act has somehow overridden the Bureau of
3   Prisons' role and, more than that, has actually supplanted the
4   courts in the place of the Bureau of Prisons and given judicial
5   authority to determine other reasons for compassionate release.
6           This is a question of statutory interpretation and so
7   the place to start is the express language of the statute.  To
8   state the obvious, the First Step Act does not say that courts
9   have the authority to determine other reasons that are
10  extraordinary and compelling.  There is no express grant of
11  judicial authority to act.  What it does say is that defendants
12  can seek compassionate release on their own motion.
13          It would have been easy for Congress to say that
14  courts can decide defendant-initiated motions and determine
15  extraordinary and compelling reasons, but it didn't do that.
16  And it didn't do that despite that Section 1B1.13 existed when
17  Congress enacted the First Step Act.  Congress was aware about
18  subdivision (D) and the Bureau of Prisons' role in determining
19  other reasons and yet chose not to disturb it at all.
20          The argument here is -- is not that there's an
21  express grant of authority but that there's purported
22  inconsistency.  The argument is that allowing defendants to
23  bring their own motions is inconsistent with the Bureau of
24  Prisons maintaining its role in determining extraordinary and
25  compelling reasons.

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.627   Filed 09/18/20   Page 20 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

20

1        The problem is that is that argument doesn't

2   logically follow.  The ability of defendants to bring their own

3   motions as a procedural matter has nothing to do with the BOP

4   maintaining a substantive role in determining extraordinary and

5   compelling reasons.  So these two things are not mutually

6   exclusive.  There is no actual conflict.

7        And, in fact, Congress did not eliminate the Bureau

8   of Prisons at all.  In the statute, it says upon motion of the

9   Director of the Bureau of Prisons or upon motion of the

10  defendant, the Bureau of Prisons isn't cut out.  It could still

11  bring a motion.

12       In addition, there was also --

13       THE COURT:  It says or.  It says or.

14       MS. CURRIE:  -- a requirement where the BOP is

15  still --

16       THE COURT:  It says or.

17       THE COURT REPORTER:  Wait.  One at a time.

18       THE COURT:  It says or.  It doesn't say and.

19       MS. CURRIE:  Correct.  So -- but the Bureau of

20  Prisons could have brought a motion on behalf of Mr. Hourani.

21       THE COURT:  They could have but they didn't so he had

22  a right to do it.

23       MS. CURRIE:  Correct.  Correct.  And the point being

24  though that Congress didn't say let's box out the Bureau of

25  Prisons entirely.

1        And it also maintained this exhaustion requirement,

2   so it still envisioned the Bureau of Prisons at least having an

3   opportunity to weigh in on the issue of compassionate release.

4   And so it's not surprising that Congress might also have

5   intended that the Bureau of Prisons maintain a substantive role

6   in determining extraordinary and compelling reasons.

7        I think the -- the main argument advanced by Mr.

8   Hourani relates to the title of the provision, and Mr. Fishman

9   has mentioned the increase -- the goal of increasing the use of

10  compassionate release.  So the argument is that giving judicial

11  authority, the courts would increase use of compassionate

12  release, but that doesn't show an inconsistency which is really

13  what's needed to override the policy statement.  We could come

14  up with a hundred ways to increase the use of compassionate

15  release.  Congress could lower the age criteria, we could

16  eliminate the exhaustion requirement, Congress could change its

17  line about rehabilitation alone not being enough, and it didn't

18  do any of those things, just as Congress didn't eliminate the

19  Bureau of Prisons' substantive role.

20       So what Congress did do is allow defendants to bring

21  their own motions.  That choice, in and of itself, has

22  increased the use of compassionate release.  As this Court is

23  aware in the last several months, dozen of inmates have been

24  released based on age and medical conditions without having to

25  resort to other reasons.

1          And I think it's worth noting that the Bureau of

2    Prisons since the enactment of the First Step Act has actually

3    identified other reasons.  So that subdivision (D) has not been

4    meaningless since the passage of the First Step Act.

5          And I'm not going to go through the entire Program

6    Statement, but as relates to age, the Bureau of Prisons has

7    come up with at least two different scenarios under which a

8    defendant could be -- his circumstances could be extraordinary

9    and compelling even if they don't fit the criteria under

10   subdivision (B) that's identified by the Sentencing Commission.

11   So under subdivision (B), the defendant has to be 65, they have

12   to have deteriorating health, and they have to have served ten

13   years or 75 percent of their sentence.  The Bureau of Prisons

14   has said under certain situations serving 50 percent of their

15   sentence would be enough.  So you could envision a situation

16   which a defendant who doesn't qualify under the existing

17   category qualifies under the Bureau of Prisons' Program

18   Statement.  So there is some meaning behind that subdivision

19   (D); it's not sitting out there idly.

20          Mr. Fishman has -- has devoted some time to

21   discussing some of the cases out there.  There are many

22   district courts who have addressed compassionate release

23   motions since the passage of the First Step Act and the courts

24   are split on this.  None of the cases are binding so I would,

25   of course, note that.  And the thing that is binding is the --

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.630   Filed 09/18/20   Page 23 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

23

1   the statute itself.  Congress has expressed intent is -- is

2   what controls.

3          And Mr. Fishman also indicated, at least courts are

4   stating, that the majority trend is in favor of judicial

5   authority.  A lot of the cases are simply citing the majority

6   and then jumping aboard without any independent analysis.  So I

7   think this majority view sort of loses some persuasive weight

8   when these courts aren't necessarily including an analysis.

9   And the courts that have analyzed the issue, frankly their

10  analysis is -- is not very compelling.

11         So the -- the *Bryant* court has said that there's some

12  partial inconsistency between the First Step Act and the policy

13  statement, and that centers of course on who the movant is.

14         Another case has -- oh, here it is.  In *Beck* the

15  Court strained to conclude that the First Step Act is likely

16  inconsistent with the Bureau of Prisons maintaining a

17  substantive role.

18         And then in *Cantu*, this is relied on heavily by the

19  defense, the Court actually acknowledges "one could come up

20  with -- and this is a quote -- "one could come up with some

21  policy arguments for leaving 1B1.13 subdivision (D) as is.

22  Congress may have wanted the Director of the Bureau of Prisons

23  to publish additional guidance and maintain control over what

24  additional factors would constitute extraordinary and

25  compelling reasons."  So that court acknowledges that there's a

Case 2:95-cr-80071-BAF  ECF No. 214, PageID.631  Filed 09/18/20  Page 24 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

24

1   possibility, and it wouldn't be entirely inconsistent, to

2   maintain that provision.

3         But then goes on to apply the rule of lenity under

4   which two rational readings of the statute would compel the

5   Court to treat -- to -- to favor the one that treats the

6   defendant less harshly.  Well, there aren't two rational

7   readings of this statute.  It's -- this is a misapplication of

8   the rule of lenity.  There needs to be an ambiguity for there

9   to -- to apply the rule of lenity.  So these courts are really

10  stretching.

11        Another example of stretching is in several of the

12  cases, including *Maumau* and *Brown*, in both of those cases the

13  Court reasoned that the judiciary must have the authority

14  because the only way to increase -- because that would be the

15  only way to increase use of compassionate release.  And for the

16  reasons I've already said, it's not the only way to increase

17  use.  There's lots of way to increase use.  And just giving the

18  defendants the procedural right to bring their own motion does

19  increase use.

20        So I would say that the -- the courts that have --

21  have found no incompatibility, no conflict, those are far more

22  persuasive and consistent with the statutory text, which is of

23  course what is the controlling authority for the Court.

24        So the second hurdle, assuming that Mr. Hourani is

25  able to establish the judicial authority for the Court to act,

1   is extraordinary and compelling circumstances.  And first and

2   foremost is -- is Congress has spoken about rehabilitation and

3   said that rehabilitation alone shall not be considered

4   extraordinary and compelling, and there's not really any -- any

5   dispute here.

6          But I think it's -- it's worth noting that in reading

7   the petition and the reply, that is the thrust of -- of the

8   argument.  And in the reply at page I.D. 600, defense counsel

9   says he's relying on "the most extraordinary rehabilitation

10  that defense counsel has ever seen in his 47-year legal

11  career."  I don't doubt that, the veracity of that statement at

12  all.  The problem is that the statute leaves no room for that

13  argument.  Rehabilitation, no matter how impressive, is still

14  rehabilitation.

15         In -- and it's worth noting that 994(t) serves an

16  important purpose because without it, there would be no

17  limiting principle.  How would you separate sufficient

18  rehabilitation from something less?  What's the method of

19  measurement?  And if this Court were convinced that Mr.

20  Hourani's rehabilitation was sufficient, how is that going to

21  be applied in other -- in other situations and -- and won't it

22  invite a flood of petitions in which defendants who have

23  engaged in -- in good and admirable work while in prison are

24  not just continuously seeking a relief and transforming the

25  courts into a parole board?  That's something that Congress has

1    never intended to impart.  So this directive against

2    considering rehabilitation alone makes a good deal of sense.

3         So the real question is whether Mr. Hourani can point

4    to something other than rehabilitation that qualifies as

5    extraordinary and compelling.  And we have heard from Mr.

6    Fishman on a number of those issues in the briefs and today,

7    and I would submit that they -- they fall into essentially four

8    categories that I'd like to address in turn.

9         And just at the outset, these categories are things

10   that either challenge the conviction and sentence itself or are

11   very commonplace occurrences and therefore shouldn't be deemed

12   extraordinary.

13        But let's go through each of them, and the first one

14   being passage of time.  Mr. Hourani has served 27 years in

15   prison.  That is not extraordinary for someone who is convicted

16   by a jury of First Degree Murder and where a statute mandates

17   that that conviction carries a life sentence.  The passage of

18   time inevitable.  It affects -- affects all prisoners exactly

19   the same.

20        I think the argument is how Mr. Hourani has spent his

21   27 years, and -- and it does appear, based on everything that

22   I've seen, that he's -- he's done some very admirable work.

23   It's impressive, it's laudable, but the duration of

24   rehabilitation doesn't change what it is.  It's still

25   rehabilitation, just as the degree or the genuineness of

1    rehabilitation doesn't change what it is.

2              So the passage of time would also present the same

3    line drawing problem as -- as rehabilitation does.  How many

4    years is enough, and does that depend on -- on who you're --

5    who the defendant is and all the surrounding circumstances?  So

6    that ends up being a line drawing problem as well.

7              The next main category is relating to culpability.

8    Mr. Hourani argues that he is the least culpable and yet

9    serving the longest term of those who were involved in this

10   plot to kill a federal witness.  I would first say that that

11   claim isn't supported.  His culpability is that of -- of

12   someone convicted by a jury of First Degree Premeditated

13   Murder, and the evidence, and I've reviewed the trial

14   transcript as well, is that he -- he ordered and arranged this

15   hit and that he is very much responsible for the murder that

16   occurred.  So for someone of Mr. Hourani's culpability, life in

17   prison is expected and appropriate, it's not -- it's not

18   extraordinary.

19             The next category relates to a rejected plea deal.

20   And I understand that Mr. Hourani turned down a 20-year plea

21   deal.  This is the buyer's remorse situation and it does occur

22   regularly.  It's not extraordinary among defendants convicted

23   by a jury.  Many would have received a better deal had they

24   pleaded guilty.

25             It's also improper for the Court to consider failed

Case 2:95-cr-80071-BAF ECF No. 214, PageID.635 Filed 09/18/20 Page 28 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

28

```
 1   plea negotiations.  No agreement was reached, and yet the
 2   suggestion here is that the government is somehow stuck with
 3   its offer.  Accepting this theory would chill plea negotiations
 4   because prosecutors would have to consider that its offers
 5   could be used against them years later.
 6            Mr. Hourani says that he rejected the plea because of
 7   his age and his father's influence.  We don't -- we don't know
 8   that for sure, there's not proof of that.  But we do know that
 9   Mr. Hourani had counsel, and it was counsel's role to make sure
10   that his client understood the stakes.
11            And so that type of issue with the plea negotiations
12   is not appropriate to raise in a compassionate release context,
13   and -- and I think one has to consider how many defendants
14   would make the same type of claim.  I -- I think countless
15   defendants would say that at the time, you know, their maturity
16   level they didn't quite appreciate the situation, and I think
17   many defendants could say they were under the influence of --
18   of someone else.
19            The bottom line, a rejected plea deal is commonplace,
20   it's not extraordinary, and to conclude otherwise would invite
21   a whole host of problems.
22            The final category is this letter from Judge Berg in
23   support of clemency.  And I think the -- the main thing to
24   point out here it that it was written in support of clemency,
25   not compassionate release, so it's not extraordinary for
```

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.636   Filed 09/18/20   Page 29 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

29

1    purposes of compassionate release.  Judge Berg is, of course,

2    not representing the government at this time and he's not

3    presiding over this case.

4         Mr. Hourani points to the letter as evidence of his

5    lesser culpability, but I would disagree with that conclusion.

6    Judge Berg explains that Mr. Hourani instigated, he

7    orchestrated the entire plot.  But regardless, Your Honor sat

8    through the trial and there's no need to rely on the summary of

9    Judge Berg.

10        To the extent the letter has any value, Judge Berg

11   outlines Mr. Hourani's rehabilitation, and that's very clearly

12   why Judge Berg is in favor of -- of clemency.  And while it may

13   be a good reason for clemency, Congress has indicated that it

14   shall not be considered in the context of compassionate release

15   standing alone.

16        So having gone through the asserted other reasons

17   beyond rehabilitation, we're left with rehabilitation alone,

18   and -- and therefore Mr. Hourani cannot satisfy the

19   extraordinary and compelling reason requirement.

20        The last factor is the -- well, the 3553 factors, and

21   I'll essentially rely on my -- my briefs there, but the main

22   one being the seriousness of the offense.  And although

23   rehabilitation, everything here is -- is -- is impressive, it's

24   certainly something to be applauded, but on balance the crimes

25   that Mr. Hourani was convicted of loom larger.

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.637   Filed 09/18/20   Page 30 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

30

1          And then just as a final note in the big picture

2     of -- of things, the government was a little disappointed not

3     to see an expression of remorse in the petition, and I do think

4     that's relevant for the Court to consider when Mr. Hourani is

5     effectively asking for mercy.  I understand or I'm told that

6     the victim's family maybe -- may not have been present, but I'm

7     still not aware of any effort to locate them or expression --

8     express an apology.

9          So -- and then finally, as another big picture point,

10    I'm not aware of any case in which first -- a first degree

11    murderer was granted compassionate release.  All of the cases

12    in which Mr. Fishman has relied on where someone serving a life

13    sentence was released was under different circumstances, and I

14    believe in all of them the -- excuse me, in some of them the

15    sentencing law was altered, and the Court was relying on that

16    fact in concluding that under current law if that were

17    available to the defendants, they would not be serving time and

18    that was the -- the driving force.

19         Just to highlight on a few of the cases that Mr.

20    Fishman spoke of specifically, in *United States vs. Sapp*, that

21    is Judge Leitman's decision out of the Eastern District, he's

22    one of the -- the courts who didn't provide an independent

23    analysis regarding judicial authority.  He follows a *Rodriguez*

24    decision in a footnote and -- and actually denies compassionate

25    release, and he finds that there aren't any extraordinary and

1   compelling reasons and that the factors weigh against release

2   anyway.  So that at most, the -- the mention of judicial

3   authority is dicta, and again there's no independent analysis

4   to back it up.

5          Oh, the mention of the *Robinson* case, that was really

6   cited only to show why the *United States vs. Marks* is wrongly

7   decided.  The government just doesn't want to be on record

8   endorsing the reliance on the anti-stacking provision as being

9   extraordinary and compelling.  So I understand that's not

10  involved here at all, but *Marks* was wrongly decided in that --

11  in that instance in relying on the stacking provision.

12         But the stacking analysis is what distinguishes a lot

13  of these cases from what we have here.  So Mr. Fishman has

14  relied on *United States vs. Marks*, and there the defendant was

15  serving a 40-year sentence for drug and firearm offenses.  The

16  Court there relied on rehabilitation and the anti-stacking

17  provision.  So it's distinguishable there because Hourani's

18  life sentence remains mandatory under the law and -- and he is

19  ultimately seeking compassionate release based on

20  rehabilitation alone.

21         In *Millan*, M-i-l-l-a-n, that is the case where

22  essentially -- and it's the only one that I'm aware of where

23  the Court is saying essentially rehabilitation alone is enough.

24  That one is, you know, again, just totally contrary to 994(t),

25  and the only way the Court tries to -- to get around that is by

1    saying that having a life sentence means that the -- makes the

2    rehabilitation genuine.  And while that may be true, genuine

3    rehabilitation is still rehabilitation.  It would also seem to

4    reward individuals in prison who are serving life sentences to

5    the exclusion of -- of other individuals incarcerated who are

6    doing the same degree of -- of rehabilitation.

7            And unless the Court has any other questions for me

8    before shifting back to Mr. Fishman, that's -- that's all I

9    have to say on that issue.

10           THE COURT:  Thank you.  Very nice job.  I appreciate

11   it.

12           Mr. Fishman, anything else you wish to say?

13           MR. FISHMAN:  Yes, sir.  Let me -- let me address all

14   three of those things.

15           The business about judicial --

16           THE COURT:  Hold on one second.  One second.

17           Hey, Johnetta, where -- if I wanted to turn off my

18   sound, I don't -- I can't find it on the bottom here.  I have

19   the big -- the big screen up.  That's okay.  I don't have to

20   turn it off.  I was just curious.  Well, I'll talk about it

21   later.  Okay.

22           THE CLERK:  Okay.

23           THE COURT:  Mr. Fishman.

24           MR. FISHMAN:  Okay.  So the first question that --

25   that Ms. Currie raised is whether or not there's judicial

Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

33

1    authority.  I'm not going to beat a dead horse, but I've cited

2    another six or eight cases in my reply brief that -- you know,

3    she says that the courts didn't come to it in their own.  I've

4    got quotations from those courts, *U.S. vs. Parker* in

5    California, *U.S. vs. Rodriguez* in Pennsylvania, where they

6    recognize exactly the arguments that the government's making

7    called Section 1B1.13, but they say that that -- that

8    doesn't -- that's not accurate.  The -- as the Court said in

9    *Parker*, "The policy statement codified in 1B1.13 no longer

10   limits the circumstances under which a defendant may seek

11   compassionate release.  Instead, the Court can determine

12   whether any extraordinary and compelling reasons other than

13   those delineated in 1B1.13 warrant granting relief."  I'm not

14   going to talk to you anymore about them because you have all

15   the rest of the cases there.

16           The second thing about this business that we're

17   asking for extraordinary and compelling reasons based on

18   rehabilitation alone, what she did was she did the classic

19   thing that usually the defense lawyers have to do when we

20   really don't have a good argument.  You take the five or six

21   things that all together show the Court that it's not just

22   about rehab and you try to pick them apart one by one.  For

23   instance, his culpability level was really higher than what I'm

24   saying, even though Judge Terrence Berg who prosecuted the case

25   is the one who says it.  I'm not the one -- I'm saying it too,

Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

34

1    but Judge Berg is saying it.

2            All of those circumstances that I talked about, age

3    at the time of the offense, the influence of his dad, the role

4    in the offense, the amount of time he served, the fact that

5    his -- his own prosecutor believes he should be released, those

6    things in addition to his rehabilitation are all things that

7    the Court can consider, and therefore you would not be granting

8    compassionate release on rehabilitation alone.

9            The third thing, the 3553(a) factors, Judge, I'm glad

10   she brought that up because obviously the Court sees that in

11   every single case and we read it about in all of our sentencing

12   memos.  And if you look at the 3553(a) factors, the seriousness

13   of the offense, I agree with her a hundred percent, of course

14   it's a serious offense.

15           But look at every other 3553(a) factor, Judge, and

16   what do you see that Dani Hourani doesn't match?  Every single

17   thing he matches.  And if you need, I recently in the last

18   couple of days -- I don't want to send anything new to the

19   Court or to the government.  If you want to see, as of

20   March 25th, 2020, what the Greenville FCI wrote with respect to

21   Mr. Hourani, there's two things they talk about.  First Step

22   Act, you can either be circled eligible or ineligible.  It's

23   circled eligible.

24           Recidivism risk level, which is something that goes

25   directly to 3553(a), Mr. Hourani with his conviction, which we

1    all know is so severe, minimum.  They have a choice, minimum,

2    low, medium or high.  He's minimum.

3            If the Court wants me to send it, obviously I'll send

4    a copy to the government, I'd be happy to send it to you.

5            THE COURT:  That's okay, I don't need it.

6            MR. FISHMAN:  Okay.  So -- so -- but my point being

7    this is the time where I'm encouraging the Court to look at the

8    3553 factors because the 3553(a) all support our petition.  The

9    fact that the offense was serious, think about it, Judge.

10   You've been there a long time, you've handed out some serious

11   sentences.  Do you think a 384-month sentence, which is what he

12   would be sentenced to if you let him out tomorrow, that's a

13   pretty damn serious sentence to go along with the seriousness

14   of the offense.

15           So I -- I -- I go back to where I was before.  I

16   wrote it in the petition.  I think Dani Hourani is the poster

17   child for the First Step Act.  I think he satisfies every

18   single thing for the reasons that I've said and I'm anxiously

19   awaiting the Court's ruling.

20           THE COURT:  Okay.  Thank you.

21           In this matter the Court has listened to argument.

22   I've read everything in here.  I'm familiar with the case.  I

23   tried the case.

24           I think, and I want to make sure that it's clear on

25   this record, I think it is a very serious offense, and I think

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.643   Filed 09/18/20   Page 36 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

36

1    it is even more serious because it had to do with a witness.

2    And the only way the justice system works is by having

3    witnesses that can testify and not be afraid of any

4    repercussions, especially by the defendant.  So it was a very

5    serious offense.  It was an offense that -- that affected the

6    system of justice to a great deal or could have and called for

7    necessary deterrence.

8            With that said, I believe in this particular matter

9    that the motion should be granted, and I'm saying it at the

10   beginning rather than at the end because I think it's important

11   to talk about a few things.

12           Number one is in terms of rehabilitation, it is --

13   every prisoner that goes to prison is expected to be

14   rehabilitated.  That's why they're in prison.  So just

15   rehabilitation, I agree with everybody, does -- is not enough

16   to activate the statute at all.  This statute was designed for

17   exceptional cases, extraordinary and compelling cases.  And I

18   think this is, as Mr. Fishman said and I have it in my notes

19   was he used, I think this is the poster child for that kind of

20   exception.

21           And let me talk about why.  The reason why is not

22   only was the rehabilitation unbelievable in this particular

23   matter, but in addition to that, what makes it exceptional is

24   that he volunteered and he gave of himself to other prisoners

25   so that they could get out and they could become more into

Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

37

1   society, the -- the transitions and so forth.  So not only was

2   he rehabilitated, but he started giving of himself and giving

3   of his knowledge.  He learned, he went to school, he proved

4   himself, he did all of these things in addition to

5   rehabilitation, and that he improved society by his courses

6   that he -- that he developed, he developed them himself.  I --

7   I read and heard about what he did.  And so it wasn't just his

8   rehabilitation but it was his -- his rehabilitation of others.

9   And I could incorporate a lot of things that are in Mr.

10  Fishman's brief.  I agree with many, many of them.  But I think

11  there's another aspect too and that is -- that's extraordinary

12  in this case is that if he is released, he is released, he is

13  going to help society.

14          And we all talk about Judge Berg's letter, and he's

15  somebody that -- that I respect very much and respect him as a

16  prosecutor.  He was a tough, tough, tough prosecutor but fair,

17  always fair.  He became the U.S. Attorney when -- when there

18  was a vacancy.  I think he was appointed by our bench.  That's

19  the respect that he had in terms of what he had to say.  And he

20  says -- and -- and you can talk about all the other stuff --

21  and I quote him: "He would be a productive and law-abiding

22  member of society if he were released."  The key is productive.

23  So he is not only rehabilitating himself, but he has made

24  himself into somebody that can be trusted, somebody that can be

25  productive when he gets out.  He has lots of knowledge to talk

Case 2:95-cr-80071-BAF  ECF No. 214, PageID.645  Filed 09/18/20  Page 38 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

38

1  about.  He's got lots of background.  He's got lots of

2  training.  So that differentiates him I think from every other

3  case that I've seen so far, that he is going to be a productive

4  member of society, and -- and I think that's important.

5          I think the professor's letter and what the professor

6  would have to say also establishes that.  I think that

7  throughout the years from what I can read what he has done

8  establishes that, and I could go on and on.

9          But I -- I -- I adopt most of the things that Mr.

10  Fishman said in his -- his petition to me.

11          Let's talk about the sentencing.  I -- and I got my

12  notes out to -- wrote a note to myself at the time of

13  sentencing and I -- it says, "Can only give life."  I didn't

14  have an opportunity to -- to really consider him as an

15  individual, had no -- no opportunity to do that, and I think

16  that's part of sentencing, that's something I like.  And I

17  don't like minimum mandatories.  I think that they -- they

18  don't give you that opportunity.  In this case I wasn't too

19  concerned because I thought it was a horrible crime, but he's

20  done -- he's done a lot of time.

21          He was 20 years old when he went in.  I remember his

22  father was tried with him.  It would be difficult, you know, to

23  send your dad into trial even if there was no deal, you know,

24  to see your dad sitting there trying a case alone and you

25  getting whatever the time was.  And so I think that there was

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.646   Filed 09/18/20   Page 39 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

39

1    that kind of influence, I think that he was young, and I think

2    that this is the kind of case that the compassionate release

3    was designed for.  Courts never had the opportunity to do it

4    before.

5          And we look at things different than the Bureau of

6    Prisons, though I suspect if the Bureau of Prisons looked at

7    this, they'd probably conclude the same thing I'm concluding

8    'cuz I think it's a good conclusion.

9          But I never had an opportunity to do it before.

10   This -- this compassionate release gives the Court an

11   opportunity to do for -- do it for.  But I think that we as --

12   as a -- as a judicial branch have to exercise it very

13   cautiously and very limitedly.  We're -- we shouldn't be

14   second-guessing ourselves as to sentencing.  We shouldn't be --

15   be interfering with sentencing.  We still have all of the

16   factors to consider, and I've considered every factor that --

17   under 3553 in this case and reached the conclusion that he

18   certainly comes with -- under each one.

19          It is a serious offense.  I've just talked about it.

20   I think that it was important maybe at the time for him to get

21   life so that people would be deterred from -- from interfering

22   with witnesses, but he's gotten life and any deterrence factor

23   for others has already been out there.  So if people wanted to

24   talk about it, they had a lot of time, 27 years, to talk about

25   it.  He's certainly deterred.  There's no question in my mind

1    that he's deterred.

2         I don't think there's any question in anybody's mind

3    very frankly that he's going to be a law-abiding citizen.  He

4    served 27 years without any kind of ticket as they call them.

5    I mean that's unusual.  I've never seen that before or even

6    heard of that before.  And he was in some -- he was in a pretty

7    tough prison where it is not real easy and I'm very much aware

8    of it.  I've been to many prisons and it's very, very hard not

9    to get something.  I mean I've seen, you know, cases where

10   people got tickets because they were, you know, in line wrong

11   and stuff like that, anything.  I think that -- that is very,

12   very important to look at in this, as I say, and especially the

13   prisons that he has been in.

14        I think that one of the criteria is to promote

15   respect for the law.  I think he has a lot of respect for the

16   law now.  I don't think there's any question about it.  I think

17   that -- that classes that he's taken, the classes that he's

18   taught, the respect that he's had for the system and for the

19   Bureau of Prisons officers and so forth, certainly he gives us

20   that idea that he certainly respects the law now.

21        Just punishment.  I think just punishment.  I think

22   that he has justly been punished.  He -- he's been there, been

23   in prison 27 years.  He has done very, very well.  If he gets

24   out, he's going to also do very, very well.  For a person that

25   was 20 years old when they went in, to do 27 years, if I was --

1    and I'm not -- I'm not second-guessing myself, if I was to

2    fashion a sentence today knowing nothing about Mr. Hourani,

3    27 years, hard years, regular years is a long, long time and I

4    think it accomplishes all of its goals.

5            Deterrence I've talked about.  I don't think we have

6    to deter Mr. Hourani at all.  We'll never -- I don't think

7    we'll see him in the system again.  All those that would have

8    been deterred by his actions have already been deterred.

9    27 years ago, word was out: hey, you know, if you fool around

10   with federal witnesses, you're getting life.  So if there's any

11   deterrence factor, it is out there and it has been out there

12   and will not cause any interference with that factor at all.

13           And to protect the public, I think that we're in

14   pretty good shape to protect the public.  We saw the letter of

15   Judge Berg, we saw the professor, what he had to say.  We've

16   seen the actions of Mr. Hourani in terms of while he's been in

17   prison they have been nothing but the best.

18           And so I think that he's not only rehabilitated

19   himself but he has assisted, given of himself, volunteered,

20   giving hours that were his own.  Those are the extraordinary

21   things in this matter.  And the fact that he's not only

22   rehabilitated himself but in such a great fashion: college

23   degrees, certifications, things of that note, matter.

24           So it will be the decision of the Court that the

25   defendant's motion is granted and that the defendant will be

Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

42

1   released.

2          The government has requested a 30-day stay in this

3   particular matter.  The Court's not going to grant a stay for

4   two reasons.  Number one is I don't -- he's not a danger as far

5   as I'm concerned to the community, so -- and he's not going

6   anywhere.  I've read the letters from his brothers.  He's got a

7   brother that's very successful.  He's got another brother,

8   brother that's in the real state business who he -- the brother

9   in the real state business offered to allow him to stay there.

10  I'm sure he's not going to be there long.  He's going to get

11  out, he's going to get a job.  One of the brothers offered him

12  a job, auto repair service that seems to be pretty big, has

13  offered him a job.  So he's going to be out there.

14         If the Court of Appeals should not agree with me, and

15  they certainly may or may not, he's not going anywhere.  He --

16  he's there, he understands the consequences.  But if they rule

17  another way, that he -- he'll be there.

18         So I don't think he's either a danger to our

19  community or a danger of -- of flight risk at this point.

20         So therefore the motion to stay 30 days is granted.

21         I will enter an order that he be released for time

22  served.  However, I know the Bureau of Prisons has a protocol

23  for release that has to do with the virus in terms of taking

24  the test and being.  So I -- I wanted to make sure when he

25  leaves the prison that it's under the same conditions as

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.650   Filed 09/18/20   Page 43 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

43

1   everybody else that would leave it, so there -- it may take him

2   a little -- a few days to -- to -- for them to process him out

3   or maybe a few weeks because of the -- of the coronavirus.

4   They have a policy, whatever they do, so we don't infect him or

5   the -- or society.

6           Starting with the government, other than your

7   objection, is there anything else that you would wish to add or

8   subtract or anything else to say?

9           MS. CURRIE:  That's everything, Your Honor.  Thank

10  you.

11          THE COURT:  Okay.  And Mr. Fishman?

12          MR. FISHMAN:  No, Judge.  Thank you very much on

13  behalf of Mr. Hourani and his family.

14          THE COURT:  Okay.  Mr. Hourani, good luck.

15          MR. HOURANI:  Thank you, sir.

16          THE CLERK:  Judge?

17          THE COURT:  Okay.  We'll stand in recess.

18          THE CLERK:  Hey, Judge.

19          THE COURT:  Yes.

20          THE CLERK:  Okay.  I will have to get in contact with

21  the probation officer to get some information so it may be a

22  day or two before this --

23          THE COURT:  Okay.  Get it as quickly as you can.  I

24  understand that it has to be done right or the Bureau of

25  Prisons won't do it, so we might as well do it right the first

```
 1    time.
 2             THE CLERK:  Right.
 3             THE COURT:  And we'll do it ASAP though.
 4             THE CLERK:  Okay.
 5             THE COURT:  Anything else?
 6             MR. FISHMAN:  Nope.
 7             THE COURT:  Okay.  Thank you.  Stay well everybody.
 8             MS. CURRIE:  Thank you.
 9             (Proceedings concluded at 3:28 p.m.)
10                            —  —  —
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:95-cr-80071-BAF   ECF No. 214, PageID.652   Filed 09/18/20   Page 45 of 45
Petition for Relief under the First Step Act of 2018 • Thursday, September 17, 2020

45

C E R T I F I C A T I O N

1

2        I, Linda M. Cavanagh, Official Court Reporter of the

3   United States District Court, Eastern District of Michigan,

4   appointed pursuant to the provisions of Title 28, United States

5   Code, Section 753, do hereby certify that the foregoing pages 1

6   through 44 comprise a full, true and correct transcript of the

7   proceedings held in the matter of Dani Hourani vs. United

8   States of America, Case No. 95-80071, on Thursday, September

9   17, 2020.

10

11

12                    s/Linda M. Cavanagh
                 Linda M. Cavanagh, RDR, RMR, CRR, CRC
13               Federal Official Court Reporter
                 United States District Court
14               Eastern District of Michigan

15

16

17   Date: September 18, 2020
     Detroit, Michigan
18

19

20

21

22

23

24

25