UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Case No. 95-80071
Hon. Bernard A. Friedman

Dani Hourani,

    Defendant.
_____/

**Response to [217] Motion for Early
Termination of Supervised Release**

    The government has reviewed the defendant's motion for early termination of supervised release. Based on the unusual set of circumstances described in the motion and confirmed by the Probation Department, including the defendant's employment as the director of community reintegration at Team Wellness Center, the government concurs in the relief sought, specifically the early termination of the defendant's supervised release.

                                        Respectfully submitted,

                                        Saima S. Mohsin
                                        Acting United States Attorney

                                        <u>s/ Jessica V. Currie</u>
                                        Jessica V. Currie
                                        Assistant U.S. Attorney
                                        211 West Fort Street, Suite 2001
                                        Detroit, MI  48226
                                        (313) 226-9531
Dated: June 28, 2021                    jessica.currie@usdoj.gov

## Certificate of Service

I certify that on June 28, 2021, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Michigan using the ECF system, which will send notification of the filing to all users of record.

s/ Jessica V. Currie  
Assistant U.S. Attorney