UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANI HOURANI,

    Defendant.

_____/

Criminal No. 95-CR-80071-02

HON. BERNARD A. FRIEDMAN

**ORDER GRANTING DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

This matter is presently before the Court on defendant's motion for early termination of supervised release [docket entry 217]. The government has filed a response. For good cause shown, and because the government and probation department concur in the relief sought, the Court shall grant defendant's motion for early termination of supervised release.

    SO ORDERED.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: July 7, 2021
    Detroit, Michigan